IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL R. SOLOMON,                )
                                   )
            Petitioner,             )
                                   )
    v.                             )     1:19CV776
                                   )
WARREN COUNTY,                     )
                                   )
            Respondent.             )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a pretrial detainee of the State of North Carolina, submitted a letter claiming that he is being held in custody in violation of his federal rights. Even though Petitioner did not use the correct forms for a habeas corpus petition under 28 U.S.C. § 2241, it appears that Petitioner seeks to attack his custody and/or his pending state court criminal charges. The document he filed is not a recognizable method for achieving this goal. Instead, the proper avenue for such an attack is ordinarily a petition for habeas corpus. For this reason, the Court will construe the submission as a petition under 28 U.S.C. § 2241. For the following reasons, the Petition cannot be further processed.

1. The filing fee was not received, nor was an affidavit to proceed *in forma pauperis* submitted and signed by Petitioner.

2. Petitioner has not used the required § 2241 Forms. Rule 2, R. Gov. § 2254 Cases.

Because of these pleading failures, the Petition will be filed and then dismissed, without prejudice to Petitioner filing a new petition on the proper habeas corpus forms with the $5.00 filing fee, or a completed application to proceed *in forma pauperis*, and otherwise correcting the

1

defects noted. Further, Petitioner is housed in Warren County, North Carolina. It also appears that he faces charges in Warren County, which is located in the Eastern District of North Carolina. To the extent Plaintiff chooses to file a new Petition, it appears that venue would be proper in that District, and Plaintiff may obtain forms and instructions from the Clerk's Office for filing in that District. See 28 U.S.C. § 1391(b). The address is: 310 New Bern Avenue, Room 574, Raleigh, NC 27601.

*In forma pauperis* status will be granted for the sole purpose of entering this Order and Recommendation of dismissal with permission to file a new petition which corrects the defects of the present Petition and is filed in the proper district.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS RECOMMENDED that this action be construed as a habeas petition under 28 U.S.C. § 2241 and dismissed *sua sponte* without prejudice to Petitioner filing a new petition in the proper district which corrects the defects of the current Petition.

This, the 8th day of August, 2019.

_____
Joe L. Webster
United States Magistrate Judge